ALBERT PAUL, Respondent, v. DE FOREST GRANT and Others, Defendants, Appellants, and A. & F. PLATE GLASS Co., INC., and Another, Defendants, Respondents, and Others, Defendants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

DAVID LEVIN, Appellant, v. ISADOR BERGER, Doing Business, etc., Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

ALMA P. HARVEY, as Ancillary Executrix, etc., of the Estate of GEORGE HARVEY, Deceased, Respondent, v. GUARANTY TRUST COMPANY, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ. [134 Misc. 417.]

ALMA P. HARVEY, as Ancillary Executrix, etc., of the Estate of GEORGE HARVEY, Deceased, Appellant, v. GUARANTY TRUST COMPANY, Respondent, Impleaded with Others.— Judgment so far as appealed from and the order brought up for review affirmed, without costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ. [134 Misc. 417.]

HARRY SCHULMAN, an Infant, by LOUIS SCHULMAN, His Guardian ad Litem, Respondent, v. SOLOMON GOLDSTEIN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

LOUIS SCHULMAN, Respondent, v. SOLOMON GOLDSTEIN, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HEWITT REALTY CORPORATION, Appellant.— Judgment affirmed. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of SIMLAN REALTY CORPORATION, Appellant, against WILLIAM E. WALSH and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

In the Matter of the Application of AEON REALTY Co., INC., Appellant, against WILLIAM E. WALSH and Others, Respondents.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

LEO EISEMANN and Another, Copartners, etc., Respondents, v. FORTUNATA MASTROBUONO, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

GEORGE McLOUGHLIN, Respondent, v. THE NEW YORK EDISON COMPANY, Appellant.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, unless the plaintiff stipulates to reduce the judgment as entered to the sum of $2,867.48; in which event the judgment as so modified is affirmed, without costs. No opinion. Settle order on notice. Present — Dowling, P. J., Merrell, Martin, O'Malley and Sherman, JJ.

DAVID STEINER and Others, Respondents, v. ROYAL INSURANCE COMPANY, LTD., OF LIVERPOOL, and Others, Appellants. (Action No. 1.) THE ALLEMANNIA FIRE INSURANCE COMPANY OF PITTSBURGH, PA., and Others, Appellants, v. NATHAN BAEHER and Others, Respondents. (Action No. 2.) — Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, Martin and O'Malley, JJ.